# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Caputo, A. Richard | U.S. Dist. Ct. M.D. of PA | 05/10/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐   Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

197 South Main Street
Wilkes-Barre, PA 18701

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Executor | Estate #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/10/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Caputo, A. Richard** | 05/10/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  IRA #1 | B | Int./Div. | M | T | | | | | |
| 2.  -Alphabet Inc - CL C fka Google Inc. | | | | | Buy | 09/30/15 | J | | |
| 3.  -Chevron Corp. - Common Stk | | | | | | | | | |
| 4.  - Crimson Wine Group - Common Stk | | | | | | | | | |
| 5.  -Frontier Communications Corp. - Common Stk | | | | | | | | | |
| 6.  -Leucadia National Corp. - Common Stk | | | | | Sold (part) | 09/30/15 | J | C | |
| 7.  -Leucadia National Corp. - Common Stk | | | | | Sold | 12/22/15 | J | B | |
| 8.  -LPL Insured Cash Account | | | | | | | | | |
| 9.  -PPL Corp. - Common Stk | | | | | | | | | |
| 10.  -Talen Energy Corp | | | | | Spinoff (from line 9) | 06/01/15 | J | | |
| 11.  -Talen Energy Corp | | | | | Sold | 09/30/15 | J | A | |
| 12.  -Verizon Communications, Inc. - Common Stk | | | | | | | | | |
| 13.  -Whole Foods Market, Inc. - Common Stk | | | | | | | | | |
| 14.  -Goldman Sachs Bank, 0.50% Cert of Dep, Due 03/28/16 | | | | | | | | | |
| 15.  Ally Bank, .65% Certificate of Dep, Due 01/26/15 | A | Interest | | | Redeemed | 01/26/15 | L | | |
| 16.  Discover Bank, 0.75% Cert of Dep, Due 08/01/16 | A | Interest | M | T | | | | | |
| 17.  Goldman Sachs Bank, 1.050% Certificate of Dep, Due 8/11/17 | A | Interest | L | T | Buy | 02/06/15 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. LPL Financial Insured Cash Account | A | Interest | J | T | | | | | |
| 19. Luzerne Bank Account | | None | L | T | | | | | |
| 20. Wells Fargo Bank - Insured Cash Acct | A | Interest | L | T | | | | | |
| 21. Wells Fargo Bank - Savings Account | A | Interest | K | T | | | | | |
| 22. IRA #2 | A | Int./Div. | J | T | | | | | |
| 23. -LPL Financial Insured Cash Account | | | | | | | | | |
| 24. - Whole Food Market, Inc. - Common Stock | | | | | Sold (part) | 03/19/15 | J | A | |
| 25. AT&T Inc - Common Stock (formerly Direct TV Group, Inc.) | A | Dividend | J | T | Sold (part) | 07/27/15 | J | A | |
| 26. Bard C R Inc.- Common Stock | A | Dividend | J | T | Sold (part) | 09/30/15 | J | C | |
| 27. Chevron Corp- Common Stock | A | Dividend | J | T | | | | | |
| 28. Coach Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 29. Conocophillips- Common Stock | A | Dividend | J | T | Buy (add'l) | 09/30/15 | J | | |
| 30. Corning Inc.- Common Stock | A | Dividend | J | T | | | | | |
| 31. Direct TV Group, Inc. - Common Stock | | None | | | Sold (part) | 07/27/15 | J | B | |
| 32. Direct TV Group, Inc. - Common Stock | | None | | | Merged (with line 25) | 07/27/15 | J | | |
| 33. Dow Chemical Company- Common Stock | A | Dividend | J | T | | | | | |
| 34. EMC Corp- Common Stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Gilead Sciences Inc - Common Stock | A | Dividend | J | T | Buy | 09/30/15 | J | | |
| 36. Johnson & Johnson- Common Stock | A | Dividend | J | T | | | | | |
| 37. Merck & Company Inc- Common Stock | A | Dividend | J | T | | | | | |
| 38. Microsoft Corp- Common Stock | A | Dividend | J | T | | | | | |
| 39. News Corp New- Common Stock | A | Dividend | | | Sold | 09/30/15 | J | A | |
| 40. Noble Corp- Common Stock | A | Dividend | | | Sold | 09/30/15 | J | A | |
| 41. Nuance Communication Inc- Common Stock | | None | | | Sold | 09/30/15 | J | A | |
| 42. Plum Creek Timber Company Inc.- Common Stock | A | Distribution | J | T | | | | | |
| 43. PPL Corp.- Common Stock | A | Dividend | J | T | | | | | |
| 44. Talen Energy Corp - Common Stock | | None | | | Spinoff (from line 43) | 06/01/15 | J | | |
| 45. Talen Energy Corp - Common Stock | | None | | | Sold | 09/30/15 | J | A | |
| 46. Twenty First Century Fox- Common Stock | A | Dividend | | | Sold | 09/30/15 | J | A | |
| 47. Verizon Communications- Common Stock | A | Dividend | J | T | Buy (add'l) | 09/30/15 | J | | |
| 48. Waste Management Inc.- Common Stock | A | Dividend | J | T | | | | | |
| 49. Ally Bank, .8%, Certificate of Dep, Due 07/24/15 | B | Interest | | | Redeemed | 07/24/15 | M | | |
| 50. American Express Bank, 0.900% Due 01/30/17 | | None | M | T | Buy | 07/27/15 | M | | |
| 51. Discover Bank Greenwood, 1.2%, Certificate of Dep, Due 07/31/17 | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Goldman Sachs Bank USA, .7%, Certificate of Dep, Due 09/26/16 | B | Interest | M | T | | | | | |
| 53. Sallie Mae Bank, 2%, Certificate of Dep, Due 12/10/18 | B | Interest | M | T | | | | | |
| 54. LPL Financial Insured Cash Account | A | Interest | L | T | | | | | |
| 55. 10 acres vacant land Orange County, Florida (Appraisal Date 8/18/2014) | | None | N | Q | | | | | |
| 56. Estate #1 - 16 acres vacant land, Slocum Twp, Luzerne Cty,PA | | None | K | W | | | | | |
| 57. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Caputo, A. Richard | 05/10/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Line 8 - LPL Financial Insured Cash Account - Bank account(s) maintained by LPL Financial which are made up of deposits at various FDIC banks. Cash in the insured cash account is transferred to various banks throughout the year at the discretion of LPL Financial. LPL Financial does not provide information to the filer with respect to the dates that the interbank transfers occur. Therefore, the filer is precluded from indicating the open and close dates of the underlying bank accounts where the cash has been invested. The Filer cannot direct, influence or in any other manner control the transfer of the cash from one financial institution to another.

Part VII - Line 18 - LPL Financial Insured Cash Account - Bank account(s) maintained by LPL Financial which are made up of deposits at various FDIC banks. Cash in the insured cash account is transferred to various banks throughout the year at the discretion of LPL Financial. LPL Financial does not provide information to the filer with respect to the dates that the interbank transfers occur. Therefore, the filer is precluded from indicating the open and close dates of the underlying bank accounts where the cash has been invested. The Filer cannot direct, influence or in any other manner control the transfer of the cash from one financial institution to another.

Part VII - Line 23 - LPL Financial Insured Cash Account - Bank account(s) maintained by LPL Financial which are made up of deposits at various FDIC banks. Cash in the insured cash account is transferred to various banks throughout the year at the discretion of LPL Financial. LPL Financial does not provide information to the filer with respect to the dates that the interbank transfers occur. Therefore, the filer is precluded from indicating the open and close dates of the underlying bank accounts where the cash has been invested. The Filer cannot direct, influence or in any other manner control the transfer of the cash from one financial institution to another.

Part VII - Line 54 - LPL Financial Insured Cash Account - Bank account(s) maintained by LPL Financial which are made up of deposits at various FDIC banks. Cash in the insured cash account is transferred to various banks throughout the year at the discretion of LPL Financial. LPL Financial does not provide information to the filer with respect to the dates that the interbank transfers occur. Therefore, the filer is precluded from indicating the open and close dates of the underlying bank accounts where the cash has been invested. The Filer cannot direct, influence or in any other manner control the transfer of the cash from one financial institution to another.

Part VII - Line 55 - Orange County, Florida property - Information reported, as in prior years, represents 100% of the value. However, the reporting person's spouse is one of three individuals who own the property in equal shares. An appraisal was performed on August 18, 2014, which indicated that the value of the property was $280,000.

Part VII - Line 56 - This is property in Estate #1.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ A. Richard Caputo**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544